UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No. CV 08-1730-ABC(VBKx)    Date June 19, 2008

Title U.S.A. -vs- $14,795.45 U.S. Currency

==================================================================

PRESENT:

HON. AUDREY B. COLLINS, DISTRICT JUDGE

Daphne Alex                         Not reported
Deputy Clerk                        Court Reporter

ATTORNEYS FOR PLAINTIFFS:           ATTORNEYS FOR DEFENDANTS:
Not Present                         Not Present

PROCEEDINGS:   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF
               PROSECUTION

   IT IS ORDERED that plaintiff's counsel show cause in writing not later than July 11, 2008 why this action should not be dismissed for lack of prosecution as to the defendant(s) $14,795.45 U.S. Currency

_____

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 78-1, no oral argument will be heard on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of plaintiff(s)' response. The Court will consider as a satisfactory response the filing of the following on or before the date shown above.

____  Proof of service of summons and complaint on defendants____

  X   Answer by defendants named above
____  or plaintiffs(s)' request for entry of default

  X   Plaintiff(s)' motion for entry of default judgment or request
      to the Clerk for entry of default judgment

  X   Stipulation and Order extending time to respond to complaint

Failure to file a timely response is deemed consent to the dismissal without prejudice of the action as to the above defendants.

                                    Initials of Deputy Clerk D.A.

MINUTES FORM 11
CIVIL-GEN