```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Chief, Criminal Division                JS-6
 3  STEVEN R. WELK
    Assistant United States Attorney
 4  Chief, Asset Forfeiture Section
    LISABETH SHINER
 5  California Bar No. 151792
    Special Assistant United States Attorney
 6  Asset Forfeiture Section
         Federal Courthouse, 14th Floor
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone:  (213) 894-6528
         Facsimile:  (213) 894-7177
 9       E-mail: Lisabeth.Shiner@usdoj.gov

10  Attorneys for Plaintiff
    United States of America
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO.  CV 08-1730 ABC (VBKx) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CONSENT JUDGMENT OF** |
| $14,795.45 IN U.S. | ) | **FORFEITURE** |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| ALFRED VARGAS, | ) | |
| | ) | |
| Claimant. | ) | |

     This action against $14,795.45 in U.S. currency (the "defendant currency") was filed on March 13, 2008.  Notice was given and published in accordance with law.  After several

extensions of time to file a claim or answer in this matter, on or about October 7, 2008, claimant Alfred Vargas ("Vargas") attempted to file a "verified complaint" which was rejected by the Court due to filing deficiencies.  On October 24, 2008, Vargas filed his answer seeking the return of $1,400.00 of the defendant currency.  No valid claims or answers have been filed, and the time for filing claims and answers has expired. Plaintiff and claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.
2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.
3. The United States of America shall have judgment as to $14,095.45 of the defendant currency, plus all interest earned by the government on the entirety of the defendant assets, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.
4. $700.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid

```
 1              to claimant Alfred Vargas.  Said funds shall be
 2              forwarded by a check in the amount of $700.00 made
 3              payable to "Rodrigo Vargas" and shall be mailed to Post
 4              Office Box 1755, Somerton, AZ 85350.
 5        5.    Claimant hereby releases the United States of America,
 6              its agencies, agents, and officers, including employees
 7              and agents of the Drug Enforcement Administration, from
 8              any and all claims, actions or liabilities arising out
 9              of or related to this action, including, without
10              limitation, any claim for attorney's fees, costs or
11              interest which may be asserted on behalf of claimant,
12              whether pursuant to 28 U.S.C. § 2465 or otherwise.
13        6.    The Court finds that there was reasonable cause for the
14              seizure of the defendant currency and institution of
15              these proceedings.  This judgment shall be construed as
16              a certificate of reasonable cause pursuant to 28 U.S.C.
17              § 2465.
18     Dated: December 22, 2008
19                                      /s/ Audrey B. Collins
20                                      _____
                                        THE HONORABLE AUDREY B. COLLINS
21                                      UNITED STATES DISTRICT JUDGE
22
23     [Signatures of counsel and pro se appear on the next page.]
```

<u>Approved as to form and content</u>:

Dated: 12/19/08             THOMAS P. O'BRIEN
                            United States Attorney
                            CHRISTINE C. EWELL
                            Chief, Criminal Division
                            STEVEN R. WELK
                            Assistant United States Attorney
                            Chief, Asset Forfeiture Section

                                      /s/
                            _____
                            LISABETH SHINER
                            Special Assistant United States Attorney
                            Asset Forfeiture Section

                            Attorneys for Plaintiff
                            United States of America

Dated: 12/16/08
                                      /s/
                            _____
                            CLAIMANT ALFRED VARGAS

                            Pro se